UNITED STATES DISTRICT COURT
DISTRICT COURT OF MARYLAND

LA UNION DEL PUEBLO
ENTERO, *et al.*,

        Plaintiffs,

v.

WILBUR L. ROSS, *et al.*,

        Defendants.

Civil Action No. 8:18-cv-1570-GJH

## SCHEDULING ORDER

The Court hereby issues the following schedule:

- Plaintiffs' expert reports shall be due on **October 5, 2018;**
- Defendants' expert reports shall be due on **October 19, 2018;**
- Plaintiffs' rebuttal expert reports shall be due on **October 26, 2018;**
- Fact and expert discovery shall close on **November 2, 2018;**
- Status report due date **November 2, 2018;**
- Summary judgment motions shall be due on **November 12, 2018;**
- Responses to motions for summary judgment shall be due on **November 27, 2018;**
- Replies in support of motions for summary judgment shall be due on **December 4, 2018;**
- A hearing on motions for summary judgment shall be held on **December 14, 2018 at 10:00 a.m.;** and

- An 8-day bench trial shall commence on **January 22nd, 2019.**

The above schedule is HEREBY ENTERED this 20$^h$ day of September 2018.

_____/S/_____
The Honorable George J. Hazel
U.S. District Court for the District of Maryland