# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### Southern Division

|  |  |  |
|---|---|---|
| **LA UNIÓN DEL PUEBLO ENTERO,** *et al.*, | * | |
| Plaintiffs, | * | Case No.: GJH-18-1570 |
| v. | * | |
| **WILBUR ROSS,** *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ordered by the United States District Court for the District of Maryland that:

1. Defendants' Motion to Dismiss, ECF No. 54, is **DENIED**.

2. Plaintiffs' Motion for Discovery, ECF No. 70, is **DENIED** and

3. ECF Nos. 57 and 74, Motions for Leave to File Amicus Curiae Briefs, are **GRANTED**.

Dated: November 9, 2018                     /s/
                                            GEORGE J. HAZEL
                                            United States District Judge