# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WILBUR L. ROSS, JR., in his official capacity as U.S. Secretary of Commerce, *et al.*,<br><br>Defendants. | No. 8:18-cv-01570-GJH |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants hereby move pursuant to Federal Rule of Civil Procedure 56 for summary judgment in their favor on the ground that there are no material facts in dispute and Defendants are entitled to judgment as a matter of law. The reasons for this Motion are set forth in the accompanying Memorandum in Support of Defendants' Motion for Summary Judgment and the exhibits filed therewith.

Dated: November 12, 2018

          Respectfully submitted,

          JOSEPH H. HUNT
          Assistant Attorney General

          BRETT A. SHUMATE
          Deputy Assistant Attorney General

          JOHN R. GRIFFITHS
          Director, Federal Programs Branch

          CARLOTTA P. WELLS
          Assistant Branch Director

          */s/ Carol Federighi*
          KATE BAILEY
          STEPHEN EHRLICH
          CAROL FEDERIGHI
          Trial Attorneys
          United States Department of Justice
          Civil Division, Federal Programs Branch
          1100 L St. NW
          Washington, DC  20530
          Tel.:  (202) 514-1903
          Email:  carol.federighi@usdoj.gov

          *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on this 12th day of November, 2018, I caused a copy of the foregoing *Defendants' Motion for Summary Judgment* and accompanying memorandum and exhibits to be sent to all parties receiving CM/ECF notices in this case.

*/s/ Carol Federighi*
Carol Federighi
