IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

|  |  |
|---|---|
| ROBYN KRAVITZ, *et al.*, | |
| Plaintiffs, | Case No.: GJH-18-1041 |
| v. | |
| UNITED STATES DEPARTMENT OF COMMERCE, *et al.*, | |
| Defendants. | |

* * * * * * * * * * * * *

|  |  |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | |
| Plaintiffs, | Case No.: GJH-18-1570 |
| v. | |
| WILBUR ROSS, *et al.*, | |
| Defendants. | |

* * * * * * * * * * * * *

**ORDER**

Pending before the Court is Defendants' Motion to Stay Pre-Trial Deadlines, Pre-Trial Conference, and Trial in Light of Lapse of Appropriations. ECF No. 82. The financial matter that is the basis for Defendants' request is a dispute internal to the Government. The Court expects that the Government's attorneys will find the means by which to continue their participation in this litigation consistent with the agreed upon schedule already in place. Based on Defendants' Motion, Counsel appears "prepared to meet the current pre-trial deadlines as well as to be ready for the January 18 pre-trial conference and January 22 trial," ECF No. 82 ¶ 3, meaning the denial

1

of a stay will not cause Defendants any harm. To the contrary, however, the issuance of a stay would substantially prejudice the Plaintiffs who seek efficient resolution of their claims so that their sought after relief—an injunction denying the addition of a citizenship question to the 2020 Census—does not become unattainable as the 2020 Census nears.

Thus, the previously set schedule will not be delayed, and Defendants' Motions, ECF No. 82 (18-1041) & ECF No. 94 (18-1570), are **DENIED**.

Dated: December 28, 2018

_____
GEORGE J. HAZEL
United States District Judge