## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBIN KRAVITZ, et al. | Civil Action No. 8:18-cv-01041-GJH |
| *Plaintiffs*, | |
| v. | Hon. George J. Hazel |
| U.S. DEPARTMENT OF COMMERCE, *et al.*, | |
| *Defendants*. | |
| | |
| LA UNIÓN DEL PUEBLO ENTERO; *et al.* | Civil Action No. 8:18-cv-01570-GJH |
| *Plaintiffs*, | |
| v. | Hon. George J. Hazel |
| WILBUR L. ROSS, sued in his official capacity as U.S. Secretary of Commerce; *et al.* | |
| *Defendants*. | |

### PLAINTIFFS' NOTICE OF FILING OF TRIAL DECLARATIONS

Plaintiffs hereby file with the Court the following trial declarations:

1. January 11, 2019 Declaration of Diana Alexander (Ex. A)

2. January 10, 2019 Declaration of Lauren Berman (Ex. B)

3. January 11, 2019 Declaration Sarah Bryan (Ex. C)

4. January 10, 2019 Declaration of Elizabeth Buchanan (Ex. D)

5. January 9, 2019 Declaration of Alejandro Chavez (Ex. E)

6. January 10, 2019 Declaration of Jacob Cunningham (Ex. F)

7. January 10, 2019 Declaration of Virginia Garcia (Ex. G)

8.  January 10, 2019 Declaration of Michael Kagan (Ex. H)

9.  January 10, 2019 Declaration of Michael Kravitz (Ex. I)

10. January 10, 2019 Declaration of Robyn Kravitz (Ex. J)

11. January 11, 2019 Declaration of Lazara Yoelvis Magadan (Ex. K)

12. January 11, 2019 Declaration of Richard McCune (Ex. L)

13. January 10, 2019 Declaration of Jose Moreno (Ex. M)

14. January 10, 2019 Declaration of Catherine Nwosu (Ex. N)

15. January 10, 2019 Declaration of Nnabugwu Nwosu (Ex. O)

16. January 10, 2019 Declaration of Maegan Ortiz (Ex. P)

17. January 10, 2019 Declaration of T. Carter Ross (Ex. Q)

18. January 8, 2019 Declaration of Martha Sanchez (Ex. R)

19. January 10, 2019 Declaration of Sonia Casarez Shafer (Ex. S)

20. January 10, 2019 Declaration of Joanne Wilson (Ex. T)

21. January 8, 2019 Declaration of Peter Bloch Garcia (Ex. U)

22. January 3, 2019 Declaration of Elaine Tso (Ex. V)

23. January 9, 2019 Declaration of Gerardo E. Gonzalez (Ex. W)

24. January 8, 2019 Declaration of Angelica Salas (Ex. X)

25. January 7, 2019 Declaration of Raj Mukherji (Ex. Y)

26. January 11, 2019 Declaration of Tony Navarrete (Ex. Z)

Dated: January 11, 2019

By:

/s/ Daniel Grant (Bar. No. 19659)
/s/ Denise Hulett

**COVINGTON & BURLING LLP**
Shankar Duraiswamy*
Dustin Cho*
Daniel Grant (Bar. No. 19659)
Bianca Nunes*
Tina Thomas*
Karun Tilak*

One CityCenter
850 Tenth Street, NW
Washington,  D.C. 20001-4956
Tel: (202) 662-6000
Fax: (202) 662-6302
dgrant@cov.com
sduraiswamy@cov.com
bnunes@cov.com
tthomas@cov.com
ktilak@cov.com

P. Benjamin  Duke*

The New York Times Building
620 Eighth  Avenue
New York, NY 10018-1405
Tel: (212) 8411000
Fax: (212) 841-1010
pbduke@cov.com

Lawrence A. Hobel*
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Tel: (415) 591-6000
Fax: (415) 591-6091
lhobel@cov.com

*Attorneys for Kravitz Plaintiffs*

*Admitted pro hac vice
+Pro hac vice application forthcoming

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**
Thomas A. Saenz+
Nina Perales +
Denise Hulett
Andrea Senteno
Burth G. López
Tanya G. Pellegrini
Julia A. Gomez

1016 16th Street NW, Suite 100
Washington, DC 20036
Phone: (202) 293-2828
tsaenz@maldef.org
nperales@maldef.org
dhulett@maldef.org
asenteno@maldef.org
blopez@maldef.org
tpellegrini@maldef.org
jgomez@maldef.org

*Attorneys for LUPE Plaintiffs*

**ASIAN AMERICANS ADVANCING JUSTICE | AAJC**
John C. Yang*
Terry Ao Minnis (Bar No. 20547)
Niyati Shah*

1620 L Street, NW, Suite 1050
Washington, DC 20036
Phone: (202) 815-1098
Facsimile: (202) 296-2318
jyang@advancingjustice-aajc.org
tminnis@advancingjustice-aajc.org
nshah@advancingjustice-aajc.org

*Attorneys for LUPE Plaintiffs*