IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | | |
|---|---|---|
| ROBYN KRAVITZ, *et al.*, | * | |
| Plaintiffs, | * | Case No.: GJH-18-1041 |
| v. | * | |
| UNITED STATES DEPARTMENT OF COMMERCE, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | * | |
| Plaintiffs, | * | Case No.: GJH-18-1570 |
| v. | * | |
| WILBUR ROSS, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is ordered by the United States District Court for the District of Maryland that:

1) The clerk **SHALL** substitute Dr. Steven Dillingham as a named Defendant for Dr. Enrique Lamas, who is no longer performing the nonexclusive functions and duties of the Deputy Director of the Census Bureau;

2) Defendants' Motion in Limine #4 to Exclude Testimony of Plaintiffs' Expert Witness Andrew Reamer, ECF No. 114 (18-1041), is **DENIED**;

3) The Consent Motion for Leave to File Amicus Brief in Support of Plaintiffs, ECF No. 146 (18-1041), is **GRANTED**;

4) Final judgment is entered for Plaintiffs and against Defendants on Plaintiffs' claims arising under the Administrative Procedure Act and the Constitution's Enumeration Clause as amended by the Fourteenth Amendment (Counts I & III of the *Kravitz* Plaintiffs' Third Amended Complaint, ECF No. 86 (18-1041) and Counts I, IV, & V of the *LUPE* Plaintiffs' Amended Complaint, ECF No. 42 (18-1570));

5) The Defendants are permanently enjoined from including a citizenship question on the 2020 Census, regardless of technical compliance with the Administrative Procedure Act;

6) Final judgment is entered for Defendants and against Plaintiffs on Plaintiffs' claims arising under the Due Process Clause of the Fifth Amendment of the Constitution (Count II of the *Kravitz* Plaintiffs' Third Amended Complaint, ECF No. 86 (18-1041) and Count II of the *LUPE* Plaintiffs' Amended Complaint, ECF No. 42 (18-1570));

7) Final judgment is entered for Defendants and against the *LUPE* Plaintiffs on the *LUPE* Plaintiffs' 42 U.S.C. § 1985(3) claim (Count III of the Amended Complaint, ECF No. 42 (18-1570));

8) The Clerk **SHALL CLOSE** Case Nos. 18-1041 and 18-1570.

Dated: April 5, 2019                              /s/
                                                  GEORGE J. HAZEL
                                                  United States District Judge