IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBIN KRAVITZ, *et al.*<br><br>        Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF COMMERCE, *et al.*,<br><br>        Defendants. | No. 8:18-cv-01041-GJH |
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>WILBUR L. ROSS, in his official capacity as U.S. Secretary of Commerce, *et al.*,<br><br>        Defendants. | No. 8:18-cv-01570-GJH |

**JOINT MOTION TO FURTHER EXTEND DEADLINE TO SUPPLEMENT MOTION FOR FEES AND COSTS**

The parties respectfully move the Court to further extend the current deadline to amend or supplement Plaintiffs' Motion for Attorney's Fees and Costs ("Motion")—specifically the September 13, 2019, deadline—in order to allow the parties to continue settlement discussions regarding Plaintiffs' request for attorney's fees and costs.

Plaintiffs filed a skeletal motion for fees on August 15, 2019. *Kravitz*, ECF Dkt. No. 206. That same day, the Court granted Plaintiffs' unopposed request for an order providing that

1

Plaintiffs shall file an amended or supplemental motion for attorney's fees and costs on or before August 30, 2019. *See* ECF Dkt. No. 209. Pursuant to the parties' August 28, 2018, Joint Motion to Extend Deadline to Supplement Motion for Fees and Costs (ECF Dkt. No. 214), the Court extended that deadline to September 13, 2019, to allow the parties to continue settlement discussions. *See* ECF Dkt. No. 216.

The parties continue to be committed to settlement discussions regarding Plaintiffs' request for attorney's fees and costs. To facilitate these settlement discussions, and in the interest of judicial economy, the parties request that the Court further extend the current schedule for Plaintiffs' Motion as follows:

a. On or before September 27, 2019, Plaintiffs shall file their amended motion for fees and costs.

b. Defendants' opposition to the Amended Motion for fees and costs shall be due 14 days after said amended motion is filed.

c. Plaintiffs' reply in support of the Amended Motion for fees and costs shall be due 14 days after Defendants' opposition is filed.

A proposed Order granting the instant motion is submitted herewith for the Court's convenience.

| | |
|---|---|
| Dated: September 11, 2019 | Respectfully submitted, |
| | |
| JOSEPH H. HUNT<br>Assistant Attorney General | */s/ Andrea Senteno*<br>**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND** |
| CARLOTTA P. WELLS<br>Assistant Branch Director | Thomas A. Saenz (CA Bar No. 159430 )*^<br>Nina Perales (TX Bar No. 24005046)*^<br>Denise Hulett (CA Bar No. 121553)*^ |
| */s/ Carol Federighi*<br>CAROL FEDERIGHI<br>Senior Trial Counsel<br>U.S. Department of Justice<br>Civil Division<br>Federal Programs Branch<br>P.O. Box 883<br>Washington, DC 20044<br>Phone: (202) 514-1903<br>Email: carol.federighi@usdoj.gov | Andrea Senteno (NY Bar No. 5285341)*^<br>Tanya G. Pellegrini (CA Bar No. 285186)*<br>Julia Gomez (CA Bar No. 316270)*^<br>1016 16th Street NW, Suite 100<br>Washington, DC 20036<br>Phone: (202) 293-2828<br>Facsimile: (202) 293-2849<br>*Admitted pro hac vice.*<br>^ *Not admitted in DC.  DC practice limited to federal courts.* |
| *Counsel for Defendants* | **ASIAN AMERICANS ADVANCING JUSTICE \| AAJC**<br>John C. Yang (IL Bar No. 6210478)<br>Niyati Shahº (NJ Bar No. 026622005)<br>Terry Ao Minnis (MD Bar No. 0212170024)<br>1620 L Street, NW, Suite 1050<br>Washington, DC 20036<br>Phone: (202) 815-1098<br>Facsimile: (202) 296-2318<br>º *Admitted in New Jersey and New York only.  DC practice limited to federal courts* |
| | *Counsel for LUPE Plaintiffs* |